UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC. and CITIGROUP GLOBAL MARKETS, INC.,<br><br>Defendants. | Civil Action No. 08-cv-03095 |

**MOTION OF THE LHB INSURANCE GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

The LHB Insurance Group[1], by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as Lead Counsel.

In support of this Motion, the LHB Insurance Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

---

[1] The LHB Insurance Group is comprised of the following members: LHB Insurance Brokerage, Inc., Ida Gross, Michael Bell, Robin Schultz, partner Abesqals Family Partnership and Ian Lande, MD.

DATED: May 27, 2008 **LEVI & KORSINSKY, LLP**

By: /s/ Joseph E. Levi
    _____
Eduard Korsinsky (EK 8989)
Joseph E. Levi (JL 0848)
Juan E. Monteverde (JM 8169)
39 Broadway, Suite 1601
New York, NY 10006
Telephone:  212/363-7500
Fax:            212/363-7171

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 27, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**Brad S. Karp**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above and via ECF.

Dated: New York, NY    /s/ Juan E. Monteverde
       May 27, 2008    _____
                       Juan E. Monteverde