UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>      Defendants. | Case No. 08-CV-3095 (LTS) |
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC.,  and CITI SMITH BARNEY,<br><br>      Defendants. | Case No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC.,  and CITI SMITH BARNEY,<br><br>      Defendants. | Case No. 08-CV-3904 (LTS) |

WEDGEWOOD TACOMA LLC, Individually And On
Behalf of All Others Similarly Situated,

Plaintiff,

v.

CITIGROUP INC., CITIGROUP GLOBAL
MARKETS INC.,  and CITI SMITH BARNEY,

Defendants.

Case No. 08-CV-4360 (LTS)

JUDGE LAURA T. SWAIN

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants in the above-captioned actions.

Dated: June 13, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:___ /s/ Brad S. Karp _____

Brad S. Karp
1285 Avenue of the Americas
New York, New York  10019-6064
Tel.    (212) 373-3000
Fax    (212) 757-3980
bkarp@paulweiss.com

*Attorneys for Defendants*