UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>      Defendants. | Case No. 08-CV-3095 (LTS) |
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>      Defendants. | Case No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>      Defendants. | Case No. 08-CV-3904 (LTS) |

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>                      Defendants. | Case No. 08-CV-4360 (LTS)<br><br>JUDGE LAURA T. SWAIN<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants in the above-captioned actions.

Dated: June 13, 2008
Washington, D.C.

                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                            By:   /s/ Charles E. Davidow

                                            Charles E. Davidow
                                            1615 L Street, N.W.
                                            Washington, D.C. 20036-5694
                                            Tel.   (202) 223-7300
                                            Fax   (202) 223-7420
                                            cdavidow@paulweiss.com

                                            *Attorneys for Defendants*