UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>                Defendants. | Case No. 08-CV-3095 (LTS) |
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>                Defendants. | Case No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>                Defendants. | Case No. 08-CV-3904 (LTS) |

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated, <br><br>                   Plaintiff, <br><br>v. <br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY, <br><br>                   Defendants. | Case No. 08-CV-4360 (LTS) <br><br> JUDGE LAURA T. SWAIN <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants in the above-captioned actions.

Dated: June 13, 2008
New York, New York

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              By:   /s/ Susanna M. Buergel

                              Susanna M. Buergel
                              1285 Avenue of the Americas
                              New York, New York  10019-6064
                              Tel.   (212) 373-3000
                              Fax   (212) 757-3980
                              sbuergel@paulweiss.com

                              *Attorneys for Defendants*