UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,

        Plaintiff,

v.

CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,

        Defendants.

Case No. 08-CV-3095 (LTS)

JUDGE LAURA T. SWAIN

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff in the above-captioned action alleges claims arising out of the same facts and circumstances as plaintiffs in certain other actions pending before this Court;

WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(a) Paul, Weiss, Rifkind, Wharton & Garrison LLP is authorized to accept on behalf of Defendants, and they hereby do accept, service of the summons and complaint in this action without prejudice;

(b) Defendants do not waive any defenses, objections or arguments except as to sufficiency of service of process;

(c) Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(d)  Plaintiff shall have 60 days from the entry of the order pursuant to the PSLRA appointing Lead Plaintiff(s) and Lead Counsel to file a consolidated amended complaint (the "Complaint");

(e)  Defendants' last day to move, answer or otherwise respond shall be extended to and including the date 60 days after the filing of the Complaint;

(f)  in the event any of the Defendants move to dismiss the Complaint:

1.  Plaintiff shall have 60 days from the date such motion is served to serve opposition papers; and

2.  Defendants shall have 30 days from the date opposition papers are served by Plaintiff to serve reply papers.

Dated: June 11, 2008
       New York, New York

                              PAUL, WEISS, RIFKIND, WHARTON &
                              GARRISON LLP

By: _____
     Brad S. Karp
     Susanna M. Buergel
     1285 Avenue of the Americas
     New York, New York 10019-6064
     Tel.  (212) 373-3000
     Fax   (212) 757-3980
     bkarp@paulweiss.com
     sbuergel@paulweiss.com

     Charles E. Davidow
     1615 L Street, N.W.
     Washington, D.C. 20036-5694
     Tel.  (202) 223-7300
     Fax   (202) 223-7420
     cdavidow@paulweiss.com

     *Attorneys for Defendants*

06/06/2008  17:38     212-363-7171              LEVI & KORSINSKY                          PAGE  10/10

LEVI & KORSINSKY, LLP

By: _____
Eduard Korsinsky
Juan E. Monteverde
39 Broadway, Suite 1601
New York, NY 10006
Tel. (212) 363-7500
Fax (212) 363-7171
ek@zklaw.com
jmonteverde@zlk.com

*Attorneys for Plaintiff*

SO ORDERED: _____ 6/16/08
                    U.S.D.J.

3