UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP AUCTION RATE SECURITIES LITIGATION | MASTER FILE<br>08 Civ. 3095 (LTS)(FM) |
| This Document Relates to:<br>All Actions | |

## CERTIFICATE OF SERVICE

I, Robert Mangum, hereby certify that I am over 18 years of age and not a party to the action.

On the 25th day of August 2008, I caused a true and correct copy of Lead Plaintiff's Consolidated Amended Complaint to be served by mailing the same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to:

> Brad S. Karp, Esq.
> Susanna M. Buergel, Esq.
> Paul Weiss Rifkind Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY 10019-6064
>
> Charles E. Davidow, Esq.
> Paul Weiss Rifkind Wharton & Garrison LLP
> 1615 L Street, N.W., Suite 1300
> Washington, DC 20036-5694

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2008

*/s/ Robert Mangum*
Robert Mangum