UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE: CITIGROUP, INC., AUCTION RATE
SECURITIES (ARS) MARKETING LITIGATION (NO. II)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 1 3 2009
```

No. 09-md-2043 (LTS)

This Document Relates To:
          08 Civ. 2975
          08 Civ. 3095
          09 Civ. 5406
          09 Civ. 6553
-------------------------------------------------------x

## ORDER

The Clerk of Court is respectfully requested to notify counsel in cases 09 civ. 5406 and 09 civ. 6553, which have recently been transferred to this Court and the docket of the undersigned by order of the M.D.L. Panel, for coordinated or consolidated pretrial proceedings, of the consolidation order docketed as docket entry no. 41 in case no. 08 civ. 3095, by docketing a copy of that order in 09 civ. 5406 and 09 civ. 6553, and by mailing copies of that order to the attorneys in those actions who have not yet registered with CM/ECF.

All counsel in the newly transferred cases who have been admitted to this Court, either for all purposes or pro hac vice for purposes of one of these actions, shall complete and file a CM/ECF attorney registration form.

A motion to dismiss the consolidated amended complaint in action 08 civ. 3095 is currently under advisement and counsel in the newly-transferred cases are directed to meet with counsel for lead plaintiff and for defendants in that consolidated action, and all counsel are directed to appear for a conference on September 24, 2009, at 11:00 a.m. before the undersigned.

By September 17, 2009, counsel must file a Joint Pre-Conference Statement addressing succinctly the parties' positions as to the following issues: the status of the transferred

cases, the status of document retention agreements, whether there is any reason why the lead plaintiff and counsel appointed in 08 civ. 3095 should not continue to function in those capacities, including with respect to the additional cases that have been transferred to this Court for pretrial proceedings, whether any further amendments to pleadings are contemplated, and whether the entry of any further procedural orders is necessary or appropriate at this time. A courtesy copy of the Joint Pre-Conference Statement must be provided for Chambers.

SO ORDERED.

Dated: New York, New York
August 13, 2009

LAURA TAYLOR SWAIN
United States District Judge