UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

IN RE: CITIGROUP AUCTION RATE SECURITIES
(ARS) MARKETING LITIGATION (NO. II)

No. 09-md-2043(LTS)

This Document Relates to:

    09 Civ. 5406(LTS)
    09 Civ. 6553(LTS)

----

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 4 2009

ORDER

    The above-captioned cases, which were transferred to this District by order of the Judicial Panel on Multidistrict Litigation for pretrial proceedings coordinated with those in the class actions previously consolidated under the caption In re Citigroup Auction Rate Securities Litigation, Master File No. 09 Civ. 3095(LTS)(FM) and Finn v. Smith Barney, 08 Civ. 2975 (LTS)(KNF), do not assert class action claims and are not subject to consolidation pursuant to the automatic provisions of the consolidation order entered on June 25, 2008 in Master File No. 08 Civ 3095.

    Appropriate methodologies for the coordination of pretrial proceedings and noticing in the above-captioned cases in In re Citigroup Auction Rate Securities Litigation should be suggested in the Joint Pre-Conference statement that the parties have been directed to file by September 17, 2009. That statement should also address whether further amendments to pleadings or additional motions are contemplated, and whether the entry of any further procedural orders is necessary or appropriate at this time.

    The Clerk of Court is respectfully requested to docket this order under the above-captioned case numbers and in Master File No. 08 Civ. 3095.

    SO ORDERED.

Dated: September 11, 2009
       New York, New York

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge