**Zwerling, Schachter & Zwerling, LLP**
Counselors at Law

**Hillary Sobel**
hsobel@zsz.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2009
```

September 17, 2009

BY HAND

Honorable Laura Taylor Swain
United States District Judge
United States District Court
  Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

41 Madison Avenue
New York, NY 10010
tel. 212•223•3900
fax 212•371•5969

    Re:    *In re Citigroup Auction Rate Securities Litigation*, 08 Civ. 3095 (LTS) (FM)

Dear Judge Swain:

New York

Long Island

Seattle

    We represent Lead Plaintiff Dr. Michael A. Passidomo in the above-referenced matter. We write in accordance with Your Honor's Individual Practice Rule 1.E. to request an extension of time by which to file an amended complaint or stand on the allegations, as Your Honor permitted in the Court's Opinion and Order dated September 11, 2009, dismissing Lead Plaintiff's Consolidated Amended Complaint.

    The Opinion and Order requires that if an amended complaint is to be filed it must be filed by October 1, 2009. We respectfully request an extension of time until October 15, 2009, due to the intervening Jewish High Holy Days and the out-of-town wedding on October 3, 2009, of the son of the partner in charge, Robert Schachter. This is the first such request for an extension of time. We have conferred with Defendants' counsel and they have no objection to the extension of time.

Respectfully yours,

*/s/ Hillary Sobel*
Hillary Sobel

The request is granted.

HS/hs
cc:    By E-Mail
        Michael E. Criden, Esq.
        Brad S. Karp, Esq.
        Charles E. Davidow, Esq.
        Susanna Buergel, Esq.

SO ORDERED.

NEW YORK, NY
Sep 21, 2009
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE