USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 2 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP AUCTION RATE SECURITIES LITIGATION | 1:08-CV-03095-LTS AND RELATED CASES 09-MD-2043-LTS |
| THIS DOCUMENT RELATES TO: | 1:09-CV-08501-LTS |
| OCWEN FINANCIAL CORPORATION, BANKRUPTCY MANAGEMENT SOLUTIONS, INC., and BMS HOLDINGS, INC., Plaintiffs, -against- CITIGROUP GLOBAL MARKETS, INC. (f/k/a SALOMON SMITH BARNEY INC.), Defendant. | **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF OCWEN FINANCIAL CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ocwen Financial Corporation ("Ocwen"), by its undersigned counsel, hereby gives notice that Ocwen's claims in the above-captioned action are voluntarily dismissed with prejudice. The claims of plaintiffs Bankruptcy Management Solutions, Inc. and BMS Holdings, Inc. are not dismissed.

Dated: October 30, 2009

MILLER & WRUBEL P.C.

By: /s/ Joel M. Miller
Joel M. Miller
Adam J. Safer
Claire L. Huene
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

*Counsel for Plaintiffs
Ocwen Financial Corporation,
Bankruptcy Management Solutions, Inc.,
and BMS Holdings, Inc.*

SO ORDERED:

/s/ _____ 11/2/2009
U.S.D.J.