USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CITIGROUP AUCTION RATE
SECURITIES LITIGATION

1:08-CV-03095-LTS

AND RELATED CASES

09-MD-2043-LTS

THIS DOCUMENT RELATES TO:

*Ocwen Financial Corp.*, 09-CV-8501-LTS

### STIPULATION AND [PROPOSED] ORDER

WHEREAS Defendant's last day to move, answer or otherwise respond to the Complaint is currently December 7, 2009.

WHEREAS the Court previously granted the parties' proposal to extend Defendant's time to move, answer, or otherwise respond to the Complaint from November 5, 2009 to December 7, 2009.

WHEREAS the parties herein are attempting to reach a resolution to their dispute outside of court.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for each of the parties, that the Defendant's last day to move, answer or otherwise respond to the Complaint shall be extended for 30 days. Accordingly, the Defendant's response shall be due on or before January 4, 2010.

Dated: December 4, 2009
      New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Brad S. Karp
Brad S. Karp
Susanna M. Buergel
Karen R. King
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
2001 K Street, N.W.
Washington, D.C. 20006-1047
Tel.   (202) 223-7300
Fax   (202) 223-7420
cdavidow@paulweiss.com

*Counsel for Defendant Citigroup Global Markets Inc.*

MILLER & WRUBEL P.C.

By: /s/ Joel E. Miller
Joel E. Miller
Adam J. Safer
570 Lexington Avenue
New York, New York 10022
Tel. (212) 336-3500
Fax (212) 336-3555
jmiller@mw-law.com
asafer@mw-law.com

*Counsel for Plaintiffs Bankruptcy Management Solutions, Inc., and BMS Holdings, Inc.*

SO ORDERED: /s/ 12/7/09
            U.S.D.J.