

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP AUCTION RATE SECURITIES LITIGATION | 1:08-CV-03095-LTS |
| | AND RELATED CASES |
| THIS DOCUMENT RELATES TO: | 09-MD-2043-LTS |
| *Ocwen Financial Corp.*, 09-CV-8501-LTS | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Defendant's last day to move, answer or otherwise respond to the

Complaint is currently February 3, 2010.

WHEREAS the Court has previously granted three requests for an extension of

Defendant's time to move, answer, or otherwise respond to the Complaint.

WHEREAS the parties herein have made substantial progress in attempting to

reach a resolution to their dispute outside of court and hope to reach a resolution soon.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for each of the parties, that Defendant's last day to move, answer or otherwise respond to

the Complaint shall be extended for 30 days. Accordingly, the Defendant's response shall be

due on or before March 5, 2010.

Dated:  February 3, 2010
          New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
     Brad S. Karp
     Susanna M. Buergel
     Karen R. King
     1285 Avenue of the Americas
     New York, New York  10019-6064
     Tel.  (212) 373-3000
     Fax  (212) 757-3990
     bkarp@paulweiss.com
     sbuergel@paulweiss.com
     kking@paulweiss.com

     Charles E. Davidow
     2001 K Street, N.W.
     Washington, D.C. 20006-1047
     Tel.  (202) 223-7300
     Fax  (202) 223-7420
     cdavidow@paulweiss.com

     *Counsel for Defendant Citigroup Global
     Markets Inc.*

MILLER & WRUBEL, P.C.

By: _____
     Joel E. Miller
     Adam J. Safer
     570 Lexington Avenue
     New York, New York  10022
     Tel.  (212) 336-3500
     Fax  (212) 336-3555
     jmiller@mw-law.com
     asafer@mw-law.com

     *Counsel for Plaintiffs Bankruptcy
     Management Solutions, Inc., and BMS
     Holdings, Inc.*

SO ORDERED: _____ 2/4/2010
                        U.S.D.J.