USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09 FEB 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CITIGROUP AUCTION RATE
SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

*K-V Pharmaceutical Company*, 09-CV-6553-LTS

1:08-CV-03095-LTS

AND RELATED CASES

09-MD-2043-LTS

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for each of the parties, that, pursuant to the terms of a settlement agreement between K-V Pharmaceutical Company ("K-V") and Citigroup Global Markets Inc. ("CGMI"), the Complaint and all of K-V's claims in the above-captioned action against CGMI are voluntarily dismissed with prejudice and without costs or attorneys' fees to either of the parties.

Dated: February 5, 2010
       New York, New York

                            Respectfully submitted,

                            GUSRAE, KAPLAN, BRUNO
                            & NUSBAUM PLLC

                            By: _____
                                Martin H. Kaplan
                                Robert L. Herskovits
                                Brian D. Graifman
                                120 Wall Street
                                New York, New York 10005
                                Tel. (212) 269-1400
                                Fax (212) 809-5449
                                mkaplan@gkblaw.com
                                rherskovits@gkblaw.com
                                bgraifman@gkblaw.com

                            *Counsel for Plaintiff K-V Pharmaceutical Company*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: /s/ Brad S. Karp
Brad S. Karp
Susanna M. Buergel
Karen R. King
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990
bkarp@paulweiss.com
sbuergel@paulweiss.com
kking@paulweiss.com

Charles E. Davidow
2001 K Street, N.W.
Washington, D.C. 20006-1047
Tel. (202) 223-7300
Fax (202) 223-7420
cdavidow@paulweiss.com

*Counsel for Defendant Citigroup Global Markets Inc.*

SO ORDERED.

NEW YORK, NY
Feb 8, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2