Case 1:09-cv-08501-LTS   Document 10   Filed 03/04/2010   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08 MAR 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP AUCTION RATE SECURITIES LITIGATION | 1:08-CV-03095-LTS AND RELATED CASES 09-MD-2043-LTS |
| THIS DOCUMENT RELATES TO: | 1:09-CV-08501-LTS |
| OCWEN FINANCIAL CORPORATION, BANKRUPTCY MANAGEMENT SOLUTIONS, INC., and BMS HOLDINGS, INC., Plaintiffs, -against- CITIGROUP GLOBAL MARKETS, INC. (f/k/a SALOMON SMITH BARNEY INC.), Defendant. | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Bankruptcy Management Solutions, Inc. and BMS Holdings, Inc. (the "BMS Parties"), by their undersigned counsel, hereby give notice that the BMS Parties' claims in the above-captioned action are voluntarily dismissed with prejudice.

Dated: March 4, 2010

MILLER & WRUBEL P.C.

SO ORDERED.
NEW YORK, NY
Mar 8, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: /s/ Joel M. Miller
Joel M. Miller
Adam J. Safer
Claire L. Huene
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

*Counsel for Plaintiffs
Bankruptcy Management Solutions, Inc.,
and BMS Holdings, Inc.*

ORDERED: