```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 0 JUN 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CITIGROUP, INC. AUCTION RATE
SECURITIES (ARS) MARKETING
LITIGATION (NO. II)

No. 08 Civ. 3095 (LTS)

AND RELATED CASES

THIS DOCUMENT RELATES TO:

No. 09 MD 2043 (LTS)

JOHN FINN v. SMITH BARNEY, CITIGROUP
GLOBAL MARKETS INC., CITIGROUP INC.,
BRIAN WILLIAMS, and DOES 1 THROUGH 20,
INCLUSIVE, No. 08 Civ. 2975 (LTS)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for each of the parties that, this action is voluntarily dismissed with prejudice, and

without costs or attorneys' fees to any of the parties, which are hereby waived.

Dated: June 29, 2011
       New York, New York

                                        Respectfully submitted,

                                        THE LAW OFFICES OF RAVI IVAN SHARMA

                                        By: _____
                                        Ravi Ivan Sharma (RS2064)
                                        200 Park Avenue South, Suite 1511
                                        New York, New York 10003
                                        Tel.  (212) 537-5957
                                        Fax  (212) 537-5956
                                        ravi@sharmalaw.com

                                        *Attorneys for Plaintiff John Finn*

Dated: June 29, 2011
New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
Brad S. Karp
Susanna M. Buergel
Karen R. King
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990
bkarp@paulweiss.com
sbuergel@paulweiss.com
kking@paulweiss.com

Charles E. Davidow
2001 K Street, N.W.
Washington, D.C. 20006-1047
Tel. (202) 223-7300
Fax (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants Smith Barney,
Citigroup Global Markets Inc., Citigroup Inc.,
and Brian Williams*

SO ORDERED.
NEW YORK, NY
June 30, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE